IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADEBODUN ADEBOMI IDOWU, | : | |
| Petitioner, | : | 1:20-cv-0146 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CLINTON COUNTY | : | |
| CORRECTIONAL FACILITY, *et al.*, | : | |
| Respondents. | : | |

## **ORDER**

**February 18, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. §2241, it is hereby ORDERED that:

1. The Clerk of Court is directed to SERVE copies of the petition (Doc. 1), and this order on Respondents and the United States Attorney.  *See* R. GOVERNING § 2254 CASES R.1(b) (applicable to petitions under 28 U.S.C. §2241 in the discretion of the court).  All documents filed by the parties and by the court shall be served upon the United States Attorney.

2. Respondents shall FILE, within twenty-one (21) days from the date of this Order, a response to the petition, which shall contain the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

3. Pertinent portions of the record of the immigration proceedings shall accompany the response.

4. Petitioner shall be permitted to FILE, within fourteen (14) days of the date on which the answer is filed, a reply to the answer.  *See* R. GOVERNING § 2254 CASES R. 1(b), 5 (e).

5. The Court will decide whether to hold a hearing on the basis of the petition, Respondents' answer, and, if filed, Petitioner's reply.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge