IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADEBODUN ADEOMI IDOWU, | : | |
| | : | 1:20-cv-0146 |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| CLINTON COUNTY | : | |
| CORRECTIONAL FACILITY, *et al.*, | : | |
| | : | |
| Respondents. | : | |

# **ORDER**

**April 1, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), filed pursuant to 28 U.S.C. § 2241, in which Petitioner challenges the constitutionality of his prolonged detention by the United States Department of Homeland Security, Immigration and Customs Enforcement, pending removal from the United States, and upon further consideration of Respondents' Suggestion of Mootness (Doc. 8) notifying the Court that Petitioner has been released from custody on his own recognizance (*id.* at 1), which renders the petition moot, *see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman*, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during

the course of adjudication that eliminate a plaintiff's personal stake in the merit of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

> s/ John E. Jones III_____
> John E. Jones III
> United States District Judge